# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAWNEY J. BROUSSARD

NO. 2026 KW 0007

**JANUARY 20, 2026**

---

In Re:   Lawney J. Broussard, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1668-F-2025 & 1669-M-2025.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED. STAY DENIED AS MOOT.**

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT